# Third District Court of Appeal

## State of Florida

Opinion filed June 10, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2068
Lower Tribunal No. 14-21027-FC-04
_____


**Justin Robert Muoio,**
Appellant,

vs.

**Jessica Lynn Safinya,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Marie Elizabeth Mato, Judge.

Justin Robert Muoio, in proper person.

No appearance, for appellee.


Before SCALES, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Appellant Justin Robert Muoio appeals an October 3, 2025 non-final order denying his motion to dissolve a domestic violence injunction. Appellant has not furnished this Court an appendix reflecting the pertinent portions of the record or a transcript of the October 3, 2025 hearing. We, therefore, are compelled to affirm the lower court's order. Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error. . . . Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); Fernandez v. Gonzalez, 405 So. 3d 531, 532-33 (Fla. 3d DCA 2025).

Affirmed.